THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| NICK HARLEY, derivative on behalf of ZOOMIN TECHNOLOGIES, INC., <br><br>Plaintiff, <br><br>v. <br><br>HENRY SCHUCK, CAMERON HYZER, KEITH ENRIGHT, ASHLEY EVANS, ALISON GLEESON, MARK MADER, PATRICK MCCARTER, D. RANDALL WINN, TODD CROCKETT, and MITESH DHRUV, <br><br>Defendants, <br><br>and <br><br>ZOOMINFO TECHNOLOGIES, INC., <br><br>Nominal Defendant. | Case No. 3:24-cv-05987-TMC <br><br>**STIPULATION AND ORDER STAYING ACTION** |

STIPULATION AND ORDER STAYING ACTION
3:24-cv-05987-TMC

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
+1 206-839-4300

WHEREAS, on December 2, 2024, plaintiff Nick Harley ("Plaintiff") filed the above-captioned putative shareholder derivative action (the "Derivative Action"), purportedly on behalf of nominal defendant ZoomInfo Technologies, Inc. ("ZoomInfo"), asserting claims for breach of fiduciary duty, unjust enrichment, abuse of control, gross mismanagement, waste of corporate assets, and for violations of the Securities Exchange Act of 1934 (the "Exchange Act") against some, or all, of defendants Henry Schuck, Cameron Hyzer, Keith Enright, Ashley Evans, Alison Gleeson, Mark Mader, Patrick McCarter, D. Randall Winn, Todd Crocket, and Mitesh Dhruv (collectively, the "Individual Defendants" and together with ZoomInfo, the "Defendants," and altogether with Plaintiff, the "Parties");

WHEREAS, on December 17, 2024 (the agreed "Date of Service"), Defendants accepted service of the Complaint (ECF No. 7);

WHEREAS, on December 20, 2024, the Court approved the Parties' stipulation providing that, absent further stipulation or court order, Defendants will have 60 days from the Date of Service to answer or otherwise respond to the Complaint (ECF No. 8);

WHEREAS, on January 3, 2025, the Court issued an order (the "January 3, 2025 Order") establishing: (1) a Rule 26(f) conference deadline of March 20, 2025; (2) an initial disclosures deadline of March 27, 2025; and (3) a joint status report and discovery plan deadline of April 3, 2025 (ECF No. 13);

WHEREAS, an earlier-filed and substantially similar securities class action is pending with this Court before the Honorable Judge Tiffany M. Cartwright, captioned *City of Pontiac Police and Fire Retirement System v. ZoomInfo Technologies, et al.*, Case No. 3:24-cv-05739-TMC (the "Related Securities Action"), against ZoomInfo and certain of the Individual Defendants, alleging violations of the Exchange Act based on substantially the same facts and circumstances at issue in this Derivative Action;

WHEREAS, on December 9, 2024, Plaintiff filed a Notice of Related Cases submitting that this Derivative Action is related to the Related Securities Action (ECF No. 5);

WHEREAS, on January 14, 2025, this Derivative Action was reassigned to the Honorable Judge Tiffany M. Cartwright as related to the Related Securities Action;

STIPULATION AND ORDER STAYING ACTION
3:24-cv-05987-TMC

- 1 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
+1 206-839-4300

|   |   |
|---|---|
| 1 | WHEREAS, the defendants in the Related Securities Action intend to file motion(s) to dismiss that lawsuit pursuant to Federal Rule of Civil Procedure 12(b)(6) and the Private Securities Litigation Reform Act of 1995; |

WHEREAS, the defendants in the Related Securities Action intend to file motion(s) to dismiss that lawsuit pursuant to Federal Rule of Civil Procedure 12(b)(6) and the Private Securities Litigation Reform Act of 1995;

WHEREAS, the outcome of the anticipated motion(s) to dismiss the Related Securities Action may be informative and relevant to the litigation of this Derivative Action;

WHEREAS, in the interests of judicial economy and conserving the resources of the parties and the Court, the Parties agree that the Court should stay this Derivative Action pending the Court's ruling(s) on the anticipated motion(s) to dismiss the Related Securities Action;

WHEREAS, the Parties have agreed that, during the stay of this Derivative Action, Defendants shall not be required to answer or otherwise respond to the initial complaint or any amended complaint;

WHEREAS, the Parties have further agreed that, consistent with the stay of this Derivative Action, the deadlines established by the January 3, 2025 Order should be vacated or continued until after the stay of this Derivative Action is terminated;

NOW, THEREFORE, the Parties, by and through their undersigned counsel of record, in the interests of judicial economy, hereby agree and stipulate, and respectfully request that the Court order as follows:

1. This Derivative Action (including all discovery) shall be stayed until fourteen (14) days following the resolution of any and all motions to dismiss (which includes the exhaustion of any and all related appeals) the Related Securities Action. This supersedes any prior deadlines to respond to the Complaint, including those in ECF Nos. 7 and 8, and all deadlines set forth in the January 3, 2025 Order shall be vacated.

2. If this stipulated stay is terminated, the Parties shall meet and confer and within ten days submit a proposed scheduling order governing any further proceedings in this Derivative Action, including the date by which Defendants must answer or otherwise respond to the complaint, and any initial case management deadlines.

3. Defendants shall notify Plaintiff within ten days of any additional related derivative lawsuits filed in this Court ("Other Derivative Action") of which they become aware.

STIPULATION AND ORDER STAYING ACTION
3:24-cv-05987-TMC
- 2 -
ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
+1 206-839-4300

4.  Defendants shall endeavor in good faith to seek a stay on the same or similar terms as those set forth herein in any Other Derivative Action. Defendants shall notify Plaintiff within ten days of a determination or becoming aware that any Other Derivative Action shall not be stayed for the same duration as this Derivative Action or longer.

5.  If any Other Derivative Action is not stayed for the same or longer duration as the stay of this Derivative Action, Plaintiff may terminate this stipulated stay upon five-days' written notice via email to the undersigned counsel for Defendants. If Plaintiff terminates the stipulated stay pursuant to this paragraph, Defendants reserve the right to file a motion for a further stay of proceedings but not on the grounds that the Other Derivative Action should proceed before this Derivative Action, which motion Plaintiff may oppose.

6.  Defendants shall endeavor to include Plaintiff in any mediation and in any formal settlement talks between the parties in the Related Securities Action, any Other Derivative Action, or any related threatened derivative actions (books and records demands or litigation demands), subject to Defendants seeking permission from the Court and/or other parties to the mediation and/or settlement conference, as well as any insurers. In the event that Plaintiff is not permitted to attend such mediation and/or settlement conference, Defendants shall mediate separately with Plaintiff at or about the same time.

7.  During the stay, Defendants shall promptly produce to Plaintiff any documents produced to a shareholder who made a books and records demand under 8 *Del. C.* § 220 relating to the subject matter of this Derivative Action, provided Plaintiff presents proof of stock ownership and enters into a confidentiality agreement or protective order with the same terms on which the demanding shareholder received the documents but providing that Plaintiff may use such documents in this Derivative Action.

8.  If any Defendant enters into a settlement agreement (or memorandum of understanding pertaining to settlement) in the Related Securities Action or any Other Derivative Action, Defendants shall promptly inform Plaintiff of the same, and Plaintiff may terminate this stipulated stay upon five-days' notice in writing via email to the undersigned counsel of Defendants.

STIPULATION AND ORDER STAYING ACTION
3:24-cv-05987-TMC

- 3 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
+1 206-839-4300

9.      Notwithstanding the stay of this Derivative Action, Plaintiff may file an amended complaint, although Defendants are under no obligation to respond to the amended complaint during the pendency of the stay.

10.     The Parties shall meet and confer regarding consolidation of any shareholder derivative action filed in, removed to, or transferred to this Court that any Party determines is related to this action and an application for consolidation of such a shareholder derivative action may be made by Plaintiff, and may be ruled on, notwithstanding the stay, and an application for appointment of leadership for plaintiffs may be made by Plaintiff, and may be ruled on, notwithstanding the stay if such appointment by the Court has not already been made.

11.     The Parties shall meet and confer and submit a proposed scheduling order within 14 days of the date that the stay is lifted.

12.     This stipulation is without prejudice to any and all defenses that Defendants may assert in this Derivative Action, including but not limited to any jurisdictional or venue challenges, and without prejudice to any and all claims Plaintiff may assert in this Derivative Action.

STIPULATION AND ORDER STAYING ACTION
3:24-cv-05987-TMC

- 4 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
+1 206-839-4300

1  Dated: January 21, 2025                ORRICK, HERRINGTON & SUTCLIFFE LLP

                                          By:  *s/ Paul F. Rugani*
                                          Paul F. Rugani (WSBA No. 38664)
                                          prugani@orrick.com
                                          401 Union Street, Suite 3300
                                          Seattle, WA  98101
                                          Telephone:  +1 206-839-4300
                                          Facsimile:  +1 206-839-4301

                                          -  and   -

                                          By:  *s/ James N. Kramer*
                                            *s/ Alexander K. Talarides*
                                            *s/ Molly McCafferty*
                                          James N. Kramer (*Pro Hac Vice*)
                                          jkramer@orrick.com
                                          Alexander K. Talarides (*Pro Hac Vice*)
                                          atalarides@orrick.com
                                          Molly McCafferty (*Pro Hac Vice*)
                                          mmccafferty@orrick.com
                                          405 Howard Street
                                          San Francisco, CA 94105-2669
                                          Tel: (415) 773-5700
                                          Fax: (415) 773-5957

                                          *Attorneys for Defendants ZoomInfo Technologies, Inc., Henry Schuck, Cameron Hyzer, Keith Enright, Ashley Evans, Alison Gleeson, Mark Mader, Patrick McCarter, D. Randall Winn, Todd Crockett, and Mitesh Dhruv*

STIPULATION AND ORDER STAYING ACTION
3:24-cv-05987-TMC

- 5 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA  98101
+1 206-839-4300

| | |
|---|---|
| Dated: January 21, 2025 | BADGLEY MULLINS TURNER PLLC |

By: *s/ Duncan C. Turner*
Duncan C. Turner (WSBA No. 20597)
19910 50th Avenue W., Suite 103
Lynnwood, WA 98036
Telephone: +1 206-621-6566
Email: dturner@badgleymullins.com

  - and  -

THE BROWN LAWFIRM, P.C.
Timothy Brown (*Pro Hac Vice Forthcoming*)
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Attorneys for Plaintiff*

STIPULATION AND ORDER STAYING ACTION
3:24-cv-05987-TMC

- 6 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
+1 206-839-4300

***

**ORDER**

Based on the stipulation of the signed Parties, and good cause appearing, IT IS HEREBY ORDERED that the Stipulation is approved.

**IT IS SO ORDERED.**

Dated this 22nd day of January, 2025.

_____
Tiffany M. Cartwright
United States District Judge

STIPULATION AND ORDER STAYING ACTION
3:24-cv-05987-TMC

- 7 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
+1 206-839-4300